# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE CHEROKEE NATION, a federally recognized Indian Tribe, (2) THE CHICKASAW NATION, a federally recognized Indian Tribe, and (3) THE CHOCTAW NATION, a federally recognized Indian Tribe, <br><br> Plaintiffs, <br><br> v. <br><br> (1) J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, <br><br> Defendant. | Case No. cv-19-1198-D |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff The Choctaw Nation.

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    Dated: January 2, 2020.

    */s/ Bradley Mallett*
Bradley Mallett, OBA No. 15810
P.O. Box 1210
Durant, OK 74702
Phone no.: 580-380-3024
E-mail: bmallett@choctawnation.com

**COUNSEL FOR PLAINTIFF
THE CHOCTAW NATION**