AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| (1) THE CHEROKEE NATION,<br>a federally recognized Indian Tribe,<br>(2) THE CHICKASAW NATION,<br>a federally recognized Indian Tribe, and<br>(3) THE CHOCTAW NATION,<br>a federally recognized Indian Tribe,<br>    Plaintiff(s),<br><br>v.<br><br>(1) J. KEVIN STITT, in his official capacity<br>as the Governor of the State of Oklahoma<br><br><br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CIV-19-1198-D<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:

Honorable J. Kevin Stitt
Governor of the State of Oklahoma
Oklahoma State Capitol
2300 N. Lincoln Blvd. #212
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Henry
512 N. Broadway Avenue Suite 230
Oklahoma City, Oklahoma 73102
405-516-7800
rh@rhhenrylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:33 pm, Dec 31, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
   Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Kevin Stitt  Govenor
was received by me on *(date)* 1-6-2020 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Michael Junk _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Gov Kevin Stitt
@ 2300 N, Lincoln Blvd, #212  okc  ok, 73105  on *(date)* 1-6-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 75 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-6-2020 _____
_____
Server's Signature

Bryan Schubert  16-101
Printed name and title


2625 Ne, 122nd st, Edmond, OK, 73013
Server's address

Additional information regarding attempted service, etc: