**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHEROKEE NATION, | ) | |
| a federally-recognized Indian tribe, | ) | |
| CHICKASAW NATION, a | ) | |
| federally-recognized Indian tribe, and | ) | |
| CHOCTAW NATION, | ) | |
| a federally-recognized Indian tribe, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CIV-19-1198-D |
| | ) | |
| J. KEVIN STITT, in his official capacity as | ) | |
| Governor of the State of Oklahoma, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration, Plaintiffs' Motion for Admission *Pro Hac Vice* of Frank S. Holleman [Doc. No. 8] is hereby GRANTED.

IT IS THEREFORE ORDERED that Frank S. Holleman is temporarily admitted to practice before this Court for the limited purpose of appearing in this case as an attorney for Plaintiffs, provided counsel submits an ECF registration form and, upon activation, electronically files an entry of appearance consistent with LCvR83.4.

IT IS SO ORDERED this 21st day of January, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge