IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE CHEROKEE NATION,<br>a federally recognized Indian Tribe,<br>(2) THE CHICKASAW NATION,<br>a federally recognized Indian Tribe<br>(3) THE CHOCTAW NATION,<br>a federally recognized Indian Tribe,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma,<br><br>    Defendant. | No. CIV-19-1198-D |

## MOTION OF THE MUSCOGEE (CREEK) NATION TO INTERVENE

**COMES NOW**, the Muscogee (Creek) Nation (hereafter, the "M(C)N"), by and through the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene in the above-captioned cause.

### INTERVENTION

1. The M(C)N seeks permissive intervention pursuant to Rule 24(b)(1)(B). Both Plaintiffs and Defendant consent to the M(C)N's intervention.

2. In support of this motion, the M(C)N relies upon their Brief in Support filed simultaneously herewith. For the reasons stated herein, and in their Brief, the M(C)N respectfully requests that the Court grant their Motion to Intervene. The M(C)N's proposed Order granting their Motion to Intervene is attached hereto. The M(C)N's *COMPLAINT* is attached hereto as Exhibit A.

1

3. This litigation involves questions of the highest interest and substantially affects the Muscogee (Creek) Nation.

Respectfully submitted on January 27, 2020.

                  Muscogee (Creek) Nation
                  Office of the Attorney General
                  Roger Wiley, Attorney General

        By:    */s/Roger Wiley*
                  _____
                  Roger Wiley, OBA #11568
                  Kyle B. Haskins, OBA #12694
                  Office of the Attorney General
                  Department of Justice
                  P.O. Box 580
                  Okmulgee, Oklahoma 74447
                  918-295-9720
                  918-756-2445 – facsimile
                  rwiley@mcnag.com
                  khaskins@mcnag.com
                  **THE MUSCOGEE (CREEK) NATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based upon the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic filing to the following ECF registrants:

Phillip G. Whaley
pwhaley@ryanwhaley.com

Daniel G. Webber, Jr.
dwebber@ryanwhaley.com

Patrick R. Pierce, Jr.
rpearce@ryanwhaley.com

Mathew C. Kane
mkane@ryanwhaley.com

Steven K. Mullins
mullins@lytlesoule.com

Matthew K. Felty
mkfelty@lytlesoule.com

Mark E. Burget
Mark.burget@gov.ok.gov

Jeffrey C. Cartmell
Jeffrey.cartmell@gov.ok.gov

**Attorneys for Defendant J. Kevin Stitt,
As Governor of the State of Oklahoma,
And *ex rel*. The State of Oklahoma**

Robert H. Henry
rh@rhhenrylaw.com

Douglas B. L. Endreson
dendreson@sonosky.com

Frank S. Holleman
fholleman@sonosky.com

3

Sara Hill
sara-hill@cherokee.org

Stephen Greetham
stephen.greetham@chickasaw.net

Bradley Mallett
bmallett@choctawnation.com

**Attorneys for Plaintiffs**

/s/*Roger Wiley*
Roger Wiley