IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: January 28, 2020

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian Tribe, THE CHICKASAW NATION, a federally recognized Indian Tribe, THE CHOCTAW NATION, a federally recognized Indian Tribe, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>J. KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, <br><br>　　　　　　　　　　　Defendant. | CIV-19-1198-D |

**<u>ENTER ORDER:</u>**

　　　The Court will conduct a case management conference in chambers on February 7, 2020 at 10:00 a.m.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DEGIUSTI.

　　　　　　　　　　　　　　　　　　　CARMELITA REEDER SHINN, CLERK,


　　　　　　　　　　　　　　　　　　　By:  /s/ Mike Bailey
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk