# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE CHEROKEE NATION, a federally recognized Indian Tribe, (2) THE CHICKASAW NATION, a federally recognized Indian Tribe (3) THE CHOCTAW NATION, a federally recognized Indian Tribe,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma,<br><br>    Defendant. | No. CIV-19-1198-D |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Roger Wiley, Attorney General, The Muscogee (Creek) Nation

Enter my appearance as counsel in this case for:

Intervenor, The Muscogee (Creek) Nation.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

The Muscogee (Creek) Nation
Office of the Attorney General
Roger Wiley, Attorney General


By:   s/*Roger Wiley*
      _____
      Roger Wiley, OBA #11568
      Office of the Attorney General
      Department of Justice
      P.O. Box 580
      Okmulgee, Oklahoma 74447
      918-295-9720
      918-756-2445 – facsimile
      rwiley@mcnag.com

      **THE MUSCOGEE (CREEK) NATION**

## *Certificate of Service*

I hereby certify that on the 28th day of January, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based upon the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic filing to the following ECF registrants:

Phillip G. Whaley
pwhaley@ryanwhaley.com

Daniel G. Webber, Jr.
dwebber@ryanwhaley.com

Patrick R. Pierce, Jr.
rpearce@ryanwhaley.com

Mathew C. Kane
mkane@ryanwhaley.com

Steven K. Mullins
mullins@lytlesoule.com

Matthew K. Felty
mkfelty@lytlesoule.com

Mark E. Burget
Mark.burget@gov.ok.gov

Jeffrey C. Cartmell
Jeffrey.cartmell@gov.ok.gov

**Attorneys for Defendant J. Kevin Stitt,
As Governor of the State of Oklahoma,
And *ex rel*. The State of Oklahoma**

Robert H. Henry
rh@rhhenrylaw.com

Douglas B. L. Endreson
dendreson@sonosky.com

Frank S. Holleman
fholleman@sonosky.com

Sara Hill
sara-hill@cherokee.org

Stephen Greetham
stephen.greetham@chickasaw.net

Bradley Mallett
bmallett@choctawnation.com

**Attorneys for Plaintiffs**

                                                                *s/Roger Wiley*
                                                                Roger Wiley