**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) THE CHEROKEE NATION,<br>a federally recognized Indian Tribe,<br>(2) THE CHICKASAW NATION,<br>a federally recognized Indian Tribe<br>(3) THE CHOCTAW NATION,<br>a federally recognized Indian Tribe,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. CIV-19-1198-D<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ADDRESS CHANGE

To the Clerk of this court and all parties of record:

Please not my change of address as counsel in the above styled case for

**_X_** plaintiff/intervenor, the Muscogee (Creek) Nation.

s/*Roger Wiley*      *01/30/2020*
Signature              Date

Roger Wiley
Print Name

The Muscogee (Creek) Nation
Firm

Office of the Attorney General

P.O. Box 580
New Address

1

Okmulgee, OK, 74447
City, State, Zip Code

918-295-9720       918-756-2445
Phone Number      Fax Number

rwiley@mcnag.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based upon the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic filing to the following ECF registrants:

Phillip G. Whaley
pwhaley@ryanwhaley.com

Daniel G. Webber, Jr.
dwebber@ryanwhaley.com

Patrick R. Pierce, Jr.
rpearce@ryanwhaley.com

Mathew C. Kane
mkane@ryanwhaley.com

Steven K. Mullins
mullins@lytlesoule.com

Matthew K. Felty
mkfelty@lytlesoule.com

Mark E. Burget
Mark.burget@gov.ok.gov

Jeffrey C. Cartmell
Jeffrey.cartmell@gov.ok.gov

**Attorneys for Defendant J. Kevin Stitt,
As Governor of the State of Oklahoma,
And *ex rel*. The State of Oklahoma**

Robert H. Henry
rh@rhhenrylaw.com

Douglas B. L. Endreson
dendreson@sonosky.com

Frank S. Holleman
fholleman@sonosky.com

Sara Hill
sara-hill@cherokee.org

Stephen Greetham
stephen.greetham@chickasaw.net

Bradley Mallett
bmallett@choctawnation.com

**Attorneys for Plaintiffs**

                                           s/*Roger Wiley*
                                           Roger Wiley