## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian tribe, THE CHICKASAW NATION, a federally recognized Indian tribe, and THE CHOCTAW NATION, a federally Recognized Indian tribe,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, and *ex rel.* STATE OF OKLAHOMA, as the real party in interest,<br><br>    Defendants/Counterclaimants. | Case No. CIV-19-1198-D |

### RESPONSE TO MOTIONS TO INTERVENE

Defendant/Counterclaimant J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma and *ex rel.* State of Oklahoma as the real party in interest (Governor Stitt and the State of Oklahoma will be collectively referred to as "Oklahoma") submit this Response to Citizen Potawatomi Nation's Motion to Intervene and Brief in Support [Dkt. No. 21] and Motion of the Muscogee (Creek) Nation to Intervene [Dkt. No. 23].

Oklahoma has no objection to the pending Motions to Intervene. Moreover, Oklahoma hereby advises the Court and parties that it has no objection to any prospective Motion to Intervene filed by any other Tribal sovereign which has entered into the gaming compact codified at 3A O.S. § 281 (2004), as part of the State-Tribal Gaming Act at

3A O.S. §§ 261 *et seq.*, provided the prospective intervenor files any such motion to intervene **no later than February 28, 2020**.

                        Respectfully submitted,

                        *s/Phillip G. Whaley*
                        Phillip G. Whaley, OBA No. 13371
                        Daniel G. Webber, Jr., OBA No. 16332
                        Patrick R. Pearce, Jr., OBA No. 18802
                        Matthew C. Kane, OBA No. 19502
                        **RYAN WHALEY**
                        400 North Walnut Avenue
                        Oklahoma City, OK  73104
                        Telephone:  (405) 239-6040
                        Facsimile:  (405) 239-6766
                        pwhaley@ryanwhaley.com
                        dwebber@ryanwhaley.com
                        rpearce@ryanwhaley.com
                        mkane@ryanwhaley.com

                        -and-

                        Steven K. Mullins, OBA No. 6504
                        Matthew K. Felty, OBA No. 31057
                        **LYTLE, SOULÉ & FELTY, P.C.**
                        1200 Robinson Renaissance
                        119 N. Robinson Ave.
                        Oklahoma City, OK 73102
                        Telephone:  (405) 235-7471
                        Facsimile:  (405) 232-3852
                        mullins@lytlesoule.com
                        mkfelty@lytlesoule.com

*-and-*

Mark E. Burget, OBA No. 1326
Jeffrey C. Cartmell, OBA No. 31012
State of Oklahoma, Office of the Governor
2300 N. Lincoln Boulevard, Suite 212
Oklahoma City, OK  73105
Telephone:  (405) 521-2342
mark.burget@gov.ok.gov
jeffrey.cartmell@gov.ok.gov

**ATTORNEYS FOR J. KEVIN STITT,
AS GOVERNOR OF THE STATE OF OKLAHOMA,
AND *EX REL.* THE STATE OF OKLAHOMA**

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I filed the attached document with the Clerk of Court and using the ECF System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a of a Notice of Electronic Filing to the following ECF registrants:

Robert H. Henry – rh@rhhenrylaw.com
Stephen H. Greetham – stephen.greetham@chickasaw.net
Sara E. Hill – sara-hill@cherokee.org
Bradley H. Mallett – bmallett@choctawnation.com
Douglas B. L. Endreson – dendreson@sonosky.com
Frank S. Holleman – fholleman@sonosky.com
George J. Wright – George.wright@potawatomi.org
Gregory M. Quinlan – gquinlan@potawatomi.org
Roger F. Wiley – rwiley@mcnag.com

*s/Phillip G. Whaley*
Phillip G. Whaley