UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian tribe; THE CHICKASAW NATION, a federally recognized Indian tribe; THE CHOCTAW NATION, a federally recognized Indian tribe; THE CITIZEN POTAWATOMI NATION, a federally recognized Indian tribe; and THE MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>    Plaintiffs/Intervenors,<br><br>v.<br><br>J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, and ex rel. STATE OF OKLAHOMA, as the real party in interest,<br><br>    Defendants/Counterclaimants. | Case No. CIV-19-1198-D |

## ORDER APPOINTING MEDIATOR

The Court has received the parties' lists of proposed mediators, as directed by the Order for Mediation [Doc. No. 31]. Upon consideration, the Court finds that the parties are in agreement regarding a preferred mediator, and the Court approves their selection.

IT IS THEREFORE ORDERED that Layn R. Phillips is appointed to serve as the mediator in this matter to conduct a mediation proceeding consistent with the Order for Mediation, which is incorporated by reference. The mediation shall encompass all subjects necessary to resolve this lawsuit and any additional subjects that the parties agree to address

within the framework established by the Order for Mediation. Counsel for the parties shall promptly provide a copy of this Order and the Order for Mediation to Mr. Phillips.

IT IS SO ORDERED this 14th day of February, 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge