# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Cherokee Nation of Oklahoma, a federally recognized Indian Tribe; Chickasaw Nation, a federally recognized Indian Tribe, Choctaw Nation, a federally recognized Indian tribe,<br><br>Plaintiffs,<br><br>v.<br><br>J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and ex rel. State of Oklahoma,<br><br>Defendants, and<br><br>Citizen Potawatomi Nation, a federally recognized Indian tribe; Muscogee (Creek) Nation, a federally recognized Indian tribe; Quapaw Nation, a federally recognized Indian tribe, Delaware Nation, a federally recognized Indian tribe,<br><br>Intervenors. | Case No. CIV-19-1198-D |

## MOTION OF THE KIALEGEE TRIBAL TOWN
## TO WITHDRAW ITS MOTION TO INTERVENE

The Kialegee Tribal Town ("Tribe"), a federally recognized Indian tribe, pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), filed a Motion to Intervene (Doc. No. 59) on February 14, 2020. After further consideration, the Tribe now wishes to and does hereby move to withdraw its Motion to Intervene (Doc. No. 59). With the Court's permission, the Tribe will withdraw its Motion to Intervene and

will not seek to intervene in this matter. For the reasons stated above, the Tribe asks the Court to grant this Motion to Withdraw the Tribe's Motion to Intervene.

Respectfully submitted this 25th day of February 2020.

                s/ Klint A. Cowan
                Klint A. Cowan, OBA No. 20187
                FELLERS SNIDER
                100 N. Broadway, Suite 1700
                Oklahoma City, OK  73102
                Telephone:   (405) 232-0621
                Facsimile:    (405) 232-9559
                Email:           KCowan@FellersSnider.com

*Attorney for the Intervenor Kialegee Tribal Town*

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Attorneys for Plaintiffs/Intervenors:**

Douglas B.L. Endreson; dendreson@sonosky.com; Robert H. Henry; rh@rhhenrylaw.com; Sara E. Hill; sara-hill@cherokee.org; Frank S. Holleman; fholleman@sonosky.com; Stephen H. Greetham, Stephen.greetham@chickasaw.net; Bradley H. Mallet; bmallett@choctawnation.com; Gregory M. Quinlan, gquinlan@potawatomi.org; Roger F. Wiley, rwiley@mcnag.com; George J. Wright, george.wright@potawatomi.org; Leslie D. Taylor, ltaylor@delawarenation-nsn.com; Charles A. Birnie, abirnie@cwlaw.com; Robert D. Carter, dcarter@cwlaw.com; Stephen R. Ward, sward@cwlaw.com; Robert Rosette, rosette@rosettelaw.com

**Attorneys for Defendant**

Mark E. Burget, mark.burget@gov.ok.gov; Jeffrey C. Cartmell, Jeffrey.cartmell@gov.ok.gov; Matthew K. Felty, mkfeltly@lytlesoule.com; Michael C. Kane, mkane@ryanwhaley.com; Steven K. Mullins, mullings@lytlesoul.com; Patrick R. Pearce, Jr., rpearece@ryanwhaley.com; Daniel G. Webber, Jr., dwebber@ryanwhaley.com; Phillip G. Whaley, pwhaley@ryanwhaley.com;

                                                    s/ Klint A. Cowan
                                                    Klint A. Cowan

80729/837777.1