UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, <br> THE CHICKASAW NATION, <br> THE CHOCTAW NATION, <br><br> Plaintiffs, <br><br> and <br><br> THE CITIZEN POTAWATOMI NATION, <br> THE MUSCOGEE (CREEK) NATION, <br> THE QUAPAW NATION, <br> THE DELAWARE NATION, <br> THE COMANCHE NATION, <br> THE PONCA TRIBE OF INDIANS OF OKLAHOMA, <br> THE SEMINOLE NATION, <br> THE OTOE-MISSOURIA TRIBE, and <br> THE WICHITA AND AFFILIATED TRIBES, <br><br> Plaintiff/Intervenors, <br><br> v. <br><br> J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, and *ex rel.* STATE OF OKLAHOMA, as the real party in interest, <br><br> Defendants/Counterclaimants. | Case No. CIV-19-1198-D |

## **ORDER**

Before the Court is the Motion of the Kialegee Tribal Town to Withdraw Its Motion to Withdraw Its Motion to Intervene [Doc. No. 76]. Upon consideration, the Court finds that the requested withdrawal should be permitted.

IT IS THEREFORE ORDERED that the Motion of the Kialegee Tribal Town to Withdraw Its Motion to Withdraw Its Motion to Intervene [Doc. No. 76] is GRANTED. The Motion of the Kialegee Tribal Town to Withdraw Its Motion to Intervene [Doc. No. 75] is deemed WITHDRAWN.

IT IS SO ORDERED this 25th day of February, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge