# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION,<br>THE CHICKASAW NATION, and<br>THE CHOCTAW NATION,<br><br>    Plaintiffs,<br><br>and<br><br>THE CITIZEN POTAWATOMI NATION,<br>THE MUSCOGEE (CREEK) NATION,<br>THE QUAPAW NATION,<br>THE DELAWARE NATION,<br>THE COMANCHE NATION,<br>THE PONCA TRIBE OF INDIANS OF<br>OKLAHOMA,<br>THE SEMINOLE NATION,<br>THE OTOE-MISSOURIA TRIBE, and<br>THE WICHITA AND AFFILIATED TRIBES,<br><br>    Plaintiffs/Intervenors,<br><br>vs.<br><br>J. KEVIN STITT, in his official capacity as<br>the Governor of the State of Oklahoma, and<br>*ex rel.* STATE OF OKLAHOMA, as the real<br>party in interest,<br><br>    Defendants/Counterclaimants. | Case No. CIV-19-1198-D |

## JOINT STIPULATION OF DISMISSALS WITH PREJUDICE

**COMES NOW** Plaintiff/Intervenor The Comanche Nation and Defendant J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma and *ex rel.* State of Oklahoma, as the real party in interest, and hereby dismiss their respective claims and counterclaims asserted against one another in the above-captioned matter with

prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P., and the Order entered by the Court at Dkt. No. \_\_\_.

        Respectfully submitted by:

        */s/Robert Rosette*_____
        Robert Rosette
        Brett Stavin
        **ROSETTE, LLP**
        4111 Perimeter Center Pl.
        Oklahoma City, OK 73112
        Telephone: (405) 256-1910
        rosette@rosettelaw.com
        bstavin@rosettelaw.com

        */s/Stuart D. Campbell*_____
        Stuart D. Campbell, OBA #11246
        **DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP**
        700 Williams Center Tower II
        Two West Second St.
        Tulsa, Oklahoma 74103-3522
        Telephone 918-591-5242
        Facsimile 918-925-5242
        scampbell@dsda.com

        **ATTORNEYS FOR PLAINTIFF/INTERVENOR THE COMANCHE NATION**
        *-and-*

        *s/Matthew K. Felty*_____
        Steven K. Mullins, OBA No. 6504
        Matthew K. Felty, OBA No. 31057
        **LYTLE, SOULÉ & FELTY, P.C.**
        1200 Robinson Renaissance
        119 N. Robinson Ave.
        Oklahoma City, OK 73102
        Telephone:  (405) 235-7471
        Facsimile:  (405) 232-3852
        mullins@lytlesoule.com
        mkfelty@lytlesoule.com

Phillip G. Whaley, OBA No. 13371
Daniel G. Webber, Jr., OBA No. 16332
Patrick R. Pearce, Jr., OBA No. 18802
Matthew C. Kane, OBA No. 19502
**R**YAN **W**HALEY
400 North Walnut Avenue
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
pwhaley@ryanwhaley.com
dwebber@ryanwhaley.com
rpearce@ryanwhaley.com
mkane@ryanwhaley.com

Mark E. Burget, OBA No. 1326
Jeffrey C. Cartmell, OBA No. 31012
State of Oklahoma Office of the Governor
2300 N. Lincoln Blvd., Ste. 212
Oklahoma City, OK 73105
mark.burget@gov.ok.gov
jefrrey.cartmell@gov.ok.gov.

**A**TTORNEYS FOR **J. K**EVIN **S**TITT, AS **G**OVERNOR OF THE **S**TATE OF **O**KLAHOMA, AND *EX REL.* THE **S**TATE OF **O**KLAHOMA

## CERTIFICATE OF SERVICE

I hereby certify that on April _____, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Matthew K. Felty*_____
Matthew K. Felty