**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CHEROKEE NATION, )<br>THE CHICKASAW NATION, and )<br>THE CHOCTAW NATION, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　)<br>and )<br>　　　　　　　　　　　　　　　　　　)<br>THE CITIZEN POTAWATOMI NATION, )<br>THE MUSCOGEE (CREEK) NATION, )<br>THE QUAPAW NATION, )<br>THE DELAWARE NATION, )<br>THE COMANCHE NATION, )<br>THE PONCA TRIBE OF INDIANS OF )<br>OKLAHOMA, )<br>THE SEMINOLE NATION, )<br>THE OTOE-MISSOURIA TRIBE, and )<br>THE WICHITA AND AFFILIATED TRIBES, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiffs/Intervenors, )<br>　　　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　　　)<br>J. KEVIN STITT, in his official capacity as )<br>the Governor of the State of Oklahoma, and )<br>*ex rel.* STATE OF OKLAHOMA, as the real )<br>party in interest, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Defendants/Counterclaimants. ) | Case No. CIV-19-1198-D |

**ORDER**

After conducting an additional, telephonic pretrial conference under Fed. R. Civ. P. 16(a) with counsel for all parties on April 21, 2020, the Court finds that the following case management order should be issued.

IT IS HEREBY ORDERED:

1) Not later than May 22, 2020, the parties shall simultaneously file cross-motions for partial summary judgment on the issue of whether the Tribal Gaming Compact entered between each Plaintiff or Intervenor and the State of Oklahoma automatically renewed or terminated pursuant to Part 15.B. The parties shall include in their respective motions any and all grounds related to the renewal/termination issue on which they seek a declaratory judgment in their favor. To the extent reasonably possible, Plaintiffs and Intervenors shall join together in filing a single motion and brief, but one additional motion may be filed if deemed necessary for effective advocacy by Intervenor(s) who wish to present additional arguments. In other words, Plaintiffs and Intervenors are collectively authorized to file no more than two motions; Defendants may file only one motion. The supporting brief for each motion may exceed the page limitation of LCvR7.1(e) but may not exceed 40 pages in length. The parties are encouraged to utilize only the number of pages reasonably necessary to present their arguments.

2) Response briefs are due within the usual time provided by LCvR7.1(g) unless otherwise ordered by the Court upon separate motion. No reply briefs shall be filed without leave of Court upon a showing of good cause.

3) The deadline to complete the mediation proceeding as directed by the Court is extended until June 30, 2020.

IT IS SO ORDERED this 23rd day of April, 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge