## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE CHEROKEE NATION, et al., | |
| Plaintiffs, | |
| v. | No. CIV-19-1198-D |
| (1) J. KEVIN STITT, | |
| Defendant. | |

### MOTION FOR LEAVE, *NUNC PRO TUNC*, TO FILE AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT WITH BRIEF IN SUPPORT BY INTERVENOR-PLAINTIFF WICHITA AND AFFILIATED TRIBES

Intervenor-Plaintiff Wichita and Affiliated Tribes (Wichita, Keechi, Waco, and Tawakoni) ("Wichita Tribe"), pursuant to LCvR 7.1(k)(7), requests leave, *nunc pro tunc*, to amend its Motion for Partial Summary Judgment with Brief in Support (Doc. 127) by filing its Amended Motion for Partial Summary Judgment with Brief in support (Doc. 128).

### REASON FOR AMENDMENT

On May 22, 2020, the undersigned counsel filed Doc. 127. Shortly after filing, counsel realized the filed motion unexpectedly exceeded the page limits established in the case management Order (Doc. 122). Further investigation revealed incorrect typographic settings in the brief that had caused the document to be larger than expected. Counsel immediately undertook the task of correcting the settings and making additional revisions to ensure the brief was within the page limits set by the Court's Order. Counsel aimed to file the amendment immediately so Defendant's counsel would not experience any prejudicial delay based on the need to amend. Roughly three hours later, counsel filed Doc. 128.

## CERTIFICATE OF NO OBJECTION

On May 26, 2020, consistent with LCvR 7.1(k), the undersigned counsel contacted Phillip Whaley, counsel for the Defendant, to inquire whether Defendant objected to the filing of the amended motion. The undersigned also provided Mr. Whaley a redlined comparison showing the textual changes between Doc. 127 and Doc. 128. Mr. Whaley responded that there was no objection to the filing of the amended motion.

## RELIEF REQUESTED

Accordingly, the Wichita Tribe asks the Court to enter an Order granting leave to file, *nunc pro tunc*, and accepting for filing its Amended Motion for Partial Summary Judgment with Brief in Support (Doc. 128), and striking its original Motion for Partial Summary Judgment with Brief in Support (Doc. 127).

WHEREFORE, the Wichita Tribe asks the Court to grant its motion for leave to file, *nunc pro tunc*, its Amended Motion for Partial Summary Judgment with Brief in Support (Doc. 128) and for such additional relief as is warranted.

|  |  |
|---|---|
| | Respectfully submitted, |
| May 26, 2020 | HOBBS, STRAUS, DEAN & WALKER, LLP |

By: */s/ Michael D. McMahan*
William R. Norman, OBA No. 14919
*wnorman@hobbsstraus.com*
Michael D. McMahan, OBA No. 17317
*mmcmahan@hobbsstraus.com*
W. Gregory Guedel, OBA No. 33317
*gguedel@hobbsstraus.com*
Zachary T. Stuart, OBA No. 32517
*zstuart@hobbsstraus.com*

101 Park Avenue, Suite 700
Oklahoma City, Oklahoma 73102
(405) 602-9425
(405) 602-9426 fax

ATTORNEYS FOR INTERVENOR-PLAINTIFF
WICHITA AND AFFILIATED TRIBES

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, a true and correct copy of the above and foregoing with exhibits (if applicable) was served on the following via the Court's ECF system:

| **Attorneys for Plaintiffs** | **Attorneys for Defendant** |
|---|---|
| Douglas Endreson<br>dendreson@sonosky.com | Daniel Webber, Jr.<br>dwebber@ryanwhaley.com |
| Robert Henry<br>rh@rhhenrylaw.com | Jeffrey Cartmell<br>jeffrey.cartmell@gov.ok.gov |
| Sara Hill<br>sara-hill@cherokee.org | Mark Burget<br>mark.burget@gov.ok.gov |
| Frank Holleman<br>fholleman@sonosky.com | Matthew Felty<br>mkfelty@lytlesoule.com |
| Stephen Greetham<br>stephen.greetham@chickasaw.net | Matthew Kane<br>mkane@ryanwhaley.com |
| Bradley Mallett<br>bmallett@choctawnation.org | Patrick Pearce, Jr.<br>rpearce@ryanwhaley.com |
| | Phillip Whaley<br>Pwhaley@ryanwhaley.com |
| | Steven Mullins<br>mullins@lytlesoule.com |

| **Attorneys for Intervenor-Plaintiffs** | |
|---|---|
| George Wright<br>george.wright@potawatomi.org | Roger Wiley<br>rwiley@mcnag.com |
| Gregory Quinlan<br>gquinlan@potawatomi.org | Leslie Taylor<br>leslietaylorlaw@gmail.com |
| Charles Birnie<br>abirnie@cwlaw.com | Robert Rosette<br>rosette@rosettelaw.com |
| Robert Carter<br>dcarter@cwlaw.com | Jason Aamodt<br>jason@iaelaw.com |

Stephen Ward
sward@cwlaw.com

Stuart Campbell
scampbell@dsda.com

Brett Stavin
bstavin@rosettelaw.com

Kaylee Davis-Maddy
kmaddy@dsda.com

Matthew Alison
matthew@iaelaw.com

Dallas Dale Strimple
dallas@aamodt.biz

Kyle Haskins
khaskins@mcnag.com

*/s/ Michael D. McMahan*
Michael D. McMahan