IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, <br> THE CHICKASAW NATION, and <br> THE CHOCTAW NATION, <br> <br>     Plaintiffs, <br> <br> and <br> <br> THE CITIZEN POTAWATOMI NATION, <br> THE MUSCOGEE (CREEK) NATION, <br> THE QUAPAW NATION, <br> THE DELAWARE NATION, <br> THE COMANCHE NATION, <br> THE SEMINOLE NATION, <br> THE OTOE-MISSOURIA TRIBE, and <br> THE WICHITA AND AFFILIATED TRIBES, <br> <br>     Plaintiffs/Intervenors, <br> <br> vs. <br> <br> J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, and ex rel. STATE OF OKLAHOMA, as the real party in interest, <br> <br>     Defendants/Counterclaimants. | Case No. CIV-19-1198-D |

**OKLAHOMA'S MOTION TO HOLD MEDIATION IN ABEYANCE PENDING RESOLUTION OF MOTION TO CLARIFY AND BRIEF IN SUPPORT**

Defendant/Counterclaimant J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma (the "Governor") and *ex rel.* State of Oklahoma (the "State") as the real party in interest (collectively referred to as "Oklahoma"), submits this Motion to Hold Mediation in Abeyance (the "Motion").

1

This Court originally ordered the parties to participate in mediation, which was to be substantially completed no later than March 31, 2020 (Doc. No. 31). That deadline has twice been extended, once until May 31, 2020, as a result of the COVID-19 pandemic (Doc. No. 101), and more recently, until June 30, 2020 (Doc. No. 122).

As described in more detail in Oklahoma's Motion to Clarify Parties' Authority to Comply with Court's Mediation Order (the "Motion to Clarify") (Doc. No. 131), circumstances have arisen that casts doubt on the parties' continued ability to participate in good faith in a mediation that could result in a resolution of this dispute. These include an opinion of the Oklahoma Attorney General purporting to curtail the Governor's authority with regard to settlements reached with two parties as a result of the mediation, and the actions of many of the litigating Tribes to challenge and interfere with those same settlements. The propriety of such challenges to the Governor's authority is the basis of the Motion to Clarify.

Given the uncertainty created by the actions of the Attorney General and other parties before this Court, Oklahoma (and the mediation process) needs the Court's direction as to the parties' ability to comply with the Mediation Order, specifically the Governor's authority under federal and other applicable law to negotiate and enter into compacts such as the ones resulting from the mediation thus far. Oklahoma respectfully requests that the mediation be held in abeyance until resolution of the Motion to Clarify by the Court in order to conserve the time, efforts, and resources of the parties that would otherwise be devoted to mediation efforts.

For these reasons, Oklahoma respectfully requests that the Court issue an order holding the mediation in abeyance until the Court's resolution of Oklahoma's Motion to Clarify (Doc. No. 131).

    Respectfully submitted by:

*s/Phillip G. Whaley*
Phillip G. Whaley, OBA No. 13371
Daniel G. Webber, Jr., OBA No. 16332
Patrick R. Pearce, Jr., OBA No. 18802
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
pwhaley@ryanwhaley.com
dwebber@ryanwhaley.com
rpearce@ryanwhaley.com
mkane@ryanwhaley.com

*-and-*

Steven K. Mullins, OBA No. 6504
Matthew K. Felty, OBA No. 31057
**LYTLE, SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone:  (405) 235-7471
Facsimile:  (405) 232-3852
mullins@lytlesoule.com
mkfelty@lytlesoule.com

*-and-*

Mark E. Burget, OBA No. 1326
Jeffrey C. Cartmell, OBA No. 31012
State of Oklahoma, Office of the Governor
2300 N. Lincoln Boulevard, Suite 212
Oklahoma City, OK  73105
Telephone:  (405) 521-2342
mark.burget@gov.ok.gov
jeffrey.cartmell@gov.ok.gov

**ATTORNEYS FOR J. KEVIN STITT,
AS GOVERNOR OF THE STATE OF OKLAHOMA,
AND *EX REL.* THE STATE OF OKLAHOMA**

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Phillip G. Whaley*
Phillip G. Whaley