# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| THE CITIZEN POTAWATOMI NATION, *et al.*, | ) |
| Plaintiffs/Intervenors, | ) Case No. CIV-19-1198-D |
| vs. | ) |
| J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, | ) |
| Defendant. | ) |

## ORDER

On August 7, 2020, the parties filed separate notices in response to the Order of July 28, 2020, directing them to inform the Court of what issues remain for decision. All Plaintiffs and Intervenors in their notices suggested that entry of a final judgment under Fed. R. Civ. P. 54(b) might be warranted, but no party has filed a motion for certification of an immediate appeal under Rule 54(b).

IT IS THEREFORE ORDERED that any Rule 54(b) motion shall be filed within 14 days from the date of this Order.

IT IS SO ORDERED this 21st of August, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge