IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| THE CITIZEN POTAWATOMI NATION, *et al.*, | ) |
| | ) Case No. CIV-19-1198-D |
| Plaintiffs/Intervenors, | ) |
| | ) |
| vs. | ) |
| | ) |
| J. KEVIN STITT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE REGARDING PLAINTIFFS AND INTERVENORS' MOTION FOR FINAL JUDGMENT ON RENEWAL CLAIMS**

Defendant/Counterclaimant J. Kevin Stitt in his official capacity as Governor of the State of Oklahoma (the "Governor") and *ex rel.* State of Oklahoma as the real party in interest (collectively referred to as "Oklahoma"), respectfully submit this Response to Plaintiffs and Intervenor Plaintiffs' Motion for Final Judgment on Renewal Claims and Brief in Support (the "Motion"). [Dkt. No. 154].

On July 28, 2020, this Court found that "Plaintiffs' and Intervenors' Compacts with the State of Oklahoma automatically renewed for an additional 15-year term on January 1, 2020, by operation of the unambiguous terms of Part 15(B)." Order [Dkt. No. 149] at 10. The Court directed the parties to inform the Court of what issues remained for decision by

1

August 7, 2020.  *Id.*  The Court subsequently ordered the parties to file any motion under Fed.R.Civ.P. 54(b) by September 4, 2020.  Order [Dkt. No. 153].

In their Motion, counsel for all tribes (except the Seminole Nation) informed the Court that counsel for the parties had discussed these issues and that counsel for Oklahoma did not oppose Rule 54(b) certification consistent with its notice of August 7, 2020.  [Dkt. No. 151].  Oklahoma agrees that, consistent with its Notice of August 7, 2020, [Dkt. No. 151] identifying resolved and outstanding issues, Rule 54(b) certification is appropriate of the issues expressly and impliedly resolved by the Court in its July 28, 2020, Order determining that the compacts at issue have renewed.  Those issues identified in Plaintiffs and Intervenors' Motion and Oklahoma's August 7, 2020, Notice relating to certain claims between the Wichita Tribe and Oklahoma not resolved by the Court's July 28, 2020, Order are separate and remain outstanding, and are not appropriate for Rule 54(b) certification here at this time.

Respectfully Submitted,

*s/ Phillip G. Whaley*
Phillip G. Whaley, OBA No. 13371
Daniel G. Webber, Jr., OBA No. 16332
Patrick R. Pearce, Jr., OBA No. 18802
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
pwhaley@ryanwhaley.com
dwebber@ryanwhaley.com
rpearce@ryanwhaley.com
mkane@ryanwhaley.com

*-and-*

Steven K. Mullins, OBA No. 6504
Matthew K. Felty, OBA No. 31057
**LYTLE, SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone:  (405) 235-7471
Facsimile:  (405) 232-3852
mullins@lytlesoule.com
mkfelty@lytlesoule.com

*-and-*

Mark E. Burget, OBA No. 1326
Jeffrey C. Cartmell, OBA No. 31012
State of Oklahoma, Office of the Governor
2300 N. Lincoln Boulevard, Suite 212
Oklahoma City, OK  73105
Telephone:  (405) 521-2342
mark.burget@gov.ok.gov
jeffrey.cartmell@gov.ok.gov

**ATTORNEYS FOR J. KEVIN STITT,
AS GOVERNOR OF THE STATE OF OKLAHOMA,
AND *EX REL.* THE STATE OF OKLAHOMA**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Phillip G. Whaley*
Phillip G. Whaley