IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| THE CITIZEN POTAWATOMI NATION, *et al.*, | ) |
| | ) |
| | ) Case No. CIV-19-1198-D |
| Plaintiffs-Intervenors, | ) |
| | ) |
| vs. | ) |
| | ) |
| J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the Order issued this date, and Fed. R. Civ. P. 54(b), the following declaratory judgment is entered: The State-Tribal Gaming Compacts between the State of Oklahoma and Plaintiffs Cherokee Nation, Chickasaw Nation, and Choctaw Nation and Plaintiffs-Intervenors Citizen Potawatomi Nation, Muscogee (Creek) Nation, Quapaw Nation, Delaware Nation, and Seminole Nation of Oklahoma, automatically renewed for an additional 15-year term on January 1, 2020, by operation of the unambiguous terms of Part 15(B) of the Compacts.

Therefore, judgment is hereby entered in favor of Plaintiffs Cherokee Nation, Chickasaw Nation, and Choctaw Nation and Plaintiffs-Intervenors Citizen Potawatomi Nation, Muscogee (Creek) Nation, Quapaw Nation, Delaware Nation, and Seminole

Nation of Oklahoma, on all claims asserted against Defendant J. Kevin Stitt in his official capacity as Governor of the State of Oklahoma, and all counterclaims asserted by Defendant against these parties. Further, judgment is entered in favor of Plaintiff-Intervenor Wichita and Affiliated Tribes on all claims and Defendant's counterclaims, except the following claims asserted by Plaintiff-Intervenor Wichita and Affiliated Tribes and related counterclaims of Defendant are reserved: Counts XIII and XIV of the First Amended Complaint [Doc. No. 103] at 53-56, ¶¶ 201-210; Defendant's counterclaim that the Wichita and Affiliated Tribes "breached the Wichita Gaming Compact . . . by failing to remit all substantial exclusivity fees owed to the State pursuant to Part 11.A. of the Wichita Gaming Compact" (Counterclaims [Doc. No. 109] at 54, ¶ 54 and 57, ¶ 70); and, if appropriate, any related requests for attorney's fees and costs.

ENTERED this 23rd day of September, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge