# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| THE CITIZEN POTAWATOMI NATION, *et al.*, | ) |
| | ) Case No. CIV-19-1198-D |
|     Plaintiffs/Intervenors, | ) |
| | ) |
| vs. | ) |
| | ) |
| J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff/Intervenor Wichita and Affiliated Tribes' Motion for Extension [Doc. No. 158], filed pursuant to Fed. R. Civ. P. 6(b)(1)(A). Defendant does not object to the requested extension. Upon consideration, the Court finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Wichita and Affiliated Tribes is authorized to file any motion for attorney fees under Fed. R. Civ. P. 54(d)(2), as to all claims, not later than 14 days after the entry of a final judgment on the remaining claims.

**IT IS SO ORDERED** this 8th day of October, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge