IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

STATUS/SCHEDULING DOCKET
FOR THE HONORABLE TIMOTHY D. DeGIUSTI
200 N.W. Fourth Street, Chambers, Third Floor, Room 3301
Thursday, January 7, 2021

*The Court contemplates entering an order prior to the day of the conference as to whether the conference will be held telephonically or otherwise.*

**NOTICE TO PARTIES:**
Parties are to confer and by joint participation prepare and electronically file the Joint Status Report with combined Discovery Plan with the Clerk of the Court **NOT LATER THAN MONDAY, JANURY 4, 2021**, pursuant to LCvR16.1(a)(1) and LCvR26.1.  *The form of the Status Report must conform to Appendix II of the Local Rules adopted June 22, 2018*.

*Take notice that the Court has Fast Track Procedures available.  Counsel are directed to review and discuss the procedures with their clients and opposing counsel before preparation of the Joint Status Report and Discovery Plan.  A copy of the Fast Track Procedures are attached and also available on the Court's website.*

**For telephonic appearances please see Judge DeGiusti's chambers rules at www.okwd.uscourts.gov**.

Please direct questions to Judge DeGiusti's courtroom deputy at 405-609-5122.

9:30 a.m.

| | | |
|---|---|---|
| CIV-18-959-D | AMC West Housing, LP | Chance Pearson |
| | | Alexandra Cunningham |
| | | Dan Webber |
| | | Elizabeth Reese |
| | | Lori Jarvis |
| | v. | |
| | NIBCO Inc. | Jared Boyer |
| | | Kevin Kuhlman |

10:00 a.m.

| | | |
|---|---|---|
| CIV-19-990-D | Michael Terry and Julie Terry | Sherry Doyle |
| | v. | |
| | Roger Ely, et al | Jared Boyer |
| | | Rodney Hunsinger, II |

10:30 a.m.

| | | |
|---|---|---|
| CIV-19-858-D | Institute for Justice | Adam Doverspike<br>Adam Mehes<br>Arthur Burke<br>Timothy Horley |
| | v.<br>Charlie Laster, et al | Stephanie McCord<br>Adav Noti<br>Megan McAllen<br>Erin Chlopak |

11:00 a.m.

| | | |
|---|---|---|
| CIV-19-1198-D | Wichita and Affiliated Tribes | Keron Kickingbird<br>Michael McMahan<br>William Guedel<br>William Norman, Jr.<br>Zachary Stuart |
| | v.<br>J. Kevin Stitt | Phillip Whaley<br>Dan Webber<br>Jeffrey Cartmell<br>Mark Burget<br>Matthew Felty<br>Matt Kane<br>Patrick Pearce, Jr.<br>Steve Mullins |

11:30 a.m.

| | | |
|---|---|---|
| CIV-20-530-D | Ramalle Meadows<br>v.<br>The City of the Village, et al | Pro Se<br><br>Justin Ashlock<br>Ambre Gooch<br>Stephen Geries |

1:30 p.m.

| | | |
|---|---|---|
| CIV-20-644-D | Jeremy Shelton<br>Julie Shelton<br>v.<br>Sha Ent LLC<br>Hohm Tech, Inc. | Dan Delluomo<br>Todd Waddell<br><br>Michael Brewer<br>Christopher Campbell |

## 2:00 p.m.

| CIV-20-487-D | Pamela Jordan | Jason Ryan |
| | | Patrick Ryan |
| | | Patrick Pearce, Jr. |
| | v. | |
| | Great American Security Insurance Co. | Joy Tate |
| | | Phil Richards |

## 2:30 p.m.

| CIV-20-1127-D | Audrey S. Redding | Amber Hurst |
| | | Mark Hammons |
| | | Brandon Roberts |
| | v. | |
| | Shawnee Dentistry and Braces, PLLC | Caitlin Campbell |
| | Positive Impact Dental, LLC | Tanya Bryant |

## 3:00 p.m.

| CIV-20-1187-D | Jennifer L. Falkenstein | Dacia Abel |
| | | Timothy Abel |
| | v. | |
| | US Truck Lines, Inc. | Andrew Bowman |
| | Zayed Ahmed Alawi | Larry Ottaway |

**Optional Fast Track Procedure for Civil Cases Assigned to Judge DeGiusti**
(Revised January 24, 2017)

With approval of the Court and agreement of all parties, civil cases may be made subject to the "fast track" procedure set forth herein. The fast track procedure is made available to the parties in order to provide alternatives which may reduce the costs and time involved in federal civil litigation.

1. **Selection of Fast Track Procedure**. Counsel and all parties are to agree to the selection of this procedure at or prior to the first status/scheduling conference, or within 7 days after a ruling on a motion to dismiss is entered. Selection of the procedure will be documented as a matter of record in the case, and shall be in substantially the form appended hereto. Once such selection has been approved by the Court, the case will be subject to the procedure set forth herein unless otherwise ordered by the Court.

2. **Scheduling and Trial Date**. Fast track cases will be assigned a "firm" trial date (jury or non-jury, in accordance with the particular case) approximately 180 days, or less as appropriate, from the date of the Court's approval of the selection of the track. The case will not be on a trailing docket, and the trial date will constitute a special setting which will normally be during the last week of the trial docket month.[1]

   2.1. **Discovery Period**. Up to 150 days will be allowed for discovery, unless a shorter period is agreed to by the parties. The Scheduling Order will reflect deadlines based on the 150 day discovery period.

   2.2. **Extensions of Deadlines**. Extensions are strongly discouraged, and in any event will be limited to one extension of the Scheduling Order deadlines not to exceed 14 days, absent a showing of compelling circumstances in favor of a longer extension.

3. **Limitations on Discovery**. Unless otherwise agreed to by the parties and approved by the Court, the following discovery limitations will apply:

   3.1. No more than 25 hours of depositions shall be permitted by any party. Depositions shall be limited to no more than 7 hours for each witness.

   3.2. Interrogatories and requests for admissions shall each be limited in number to 25.

   3.3. Requests for production shall be limited in number to 30. Documents are to be produced or inspection allowed within 7 days of the service of responses. Privilege logs are to be produced within 7 days of the service of responses.

---

[1] In the event of a scheduling conflict between two or more fast track cases, the lower numbered case will be given priority, and the other case(s) will be moved to the next available trial date.

4. **Restrictions for Certain Motion Practice**. Briefs in support of motions to dismiss and response briefs, are limited to 15 pages in length. Briefs in support of motions for summary judgment and *Daubert* motions, and response briefs, are limited to 25 pages in length. Evidentiary attachments to such motions are to be limited to include only material strictly necessary to the determination of the motion; only relevant portions of deposition transcripts are to be provided. Reply briefs will not be allowed without leave of Court, and when allowed will be limited to 5 pages.

5. **Limitation on Discovery Motions**. Discovery motions must be filed no later than 30 days before the end of the discovery period. All Federal Rules of Civil Procedure and Local Civil Rules concerning discovery disputes apply.

6. **Limitation on Expert Witnesses**. Absent leave of Court, parties are limited to one expert witness; even when leave is granted, under no circumstances will a party be allowed to list more than two expert witnesses in cases subject to this track.

7. **Limitation on Trial Time**: Unless otherwise ordered by the Court on a showing of good cause, all plaintiffs and all defendants will be limited to no more than twelve trial hours per side for the presentation of the case, with 3 hours per side reserved for rebuttal, as appropriate. Other, or more extensive, restrictions may be ordered by the Court in appropriate cases.

8. **Settlement Conference**. A judicial settlement conference will be required for all cases which are subject to this track. The parties may engage in other forms of ADR as in any other case.

9. **Optional Stipulations**.

   9.1. The parties may stipulate to a maximum and minimum award for all claims (a "high/low" agreement), including attorneys fees, if applicable. If such an agreement is reached, the final judgement entered in the case will correspond to the agreement, or to any amount between the maximum and minimum, as appropriate.

   9.2. The parties may stipulate that there will be no appeal from the final judgment.

   9.3. The parties are encouraged to stipulate to facts, thereby streamlining the presentation of evidence.

10. **Applicable Rules**. All Federal Rules of Civil Procedure and Local Civil Rules apply to cases subject to this track except as modified by the rules set forth herein.

11. **Escape Clause**. A party may seek leave of Court to withdraw from the application of the Fast Track Procedure and its rules. Such motions will be granted only upon a showing of good cause, including consideration of necessary, unanticipated discovery.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

_____,      )
        Plaintiff(s)      )
              )
v.      )   CIV-_____- D
              )
_____,      )
        Defendant(s)      )

### AGREEMENT AND STIPULATION OF ALL PARTIES ADOPTING THE "OPTIONAL FAST TRACK PROCEDURE"

ALL PARTIES HEREBY AGREE AND STIPULATE that this case shall be subject to the Court's Optional Fast Track Procedure, and all the rules, limitations, and restrictions applicable thereto, as set forth in the Exhibit attached to this Agreement and Stipulation. The parties further acknowledge that the Federal Rules of Civil Procedure and this Court's Local Civil Rules also apply to this case except to the extent altered by the Optional Fast Track Procedure set forth in the Exhibit attached hereto and incorporated herein.

DATED this _____ day of _____, _____.

_____PLAINTIFF(S)

_____ATTORNEY(S) FOR PLAINTIFF(S)

_____DEFENDANT(S)

_____ATTORNEY(S) FOR DEFENDANT(S)

APPROVED AND ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE