# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:   December 30, 2020

| | | |
|---|---|---|
| Wichita and Affiliated Tribes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1198-D |
| | ) | |
| J. Keven Stitt, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ENTER ORDER:</u>**

      Unless the Court directs otherwise, the case Scheduling Order will be issued based on the parties' Joint Status Report.  Should the Court decide that a scheduling conference is necessary, the conference will be conducted telephonically, pursuant to the Court's Chambers Rules located on the Court's website.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DEGIUSTI.

                                        CARMELITA REEDER SHINN, CLERK,


                                        By:    /s/ Mike Bailey
                                                      Deputy Clerk