# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WICHITA AND AFFILIATED TRIBES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J. KEVIN STITT, in his official capacity )<br>as the Governor of the State of )<br>Oklahoma, )<br>)<br>Defendant. ) | Case No. CIV-19-1198-D |

## **ORDER**

Before the Court is the parties' Joint Motion for Scheduling Order [Doc. No. 180]. The parties do not explain the proposed schedule to which they have agreed, but it appears they anticipate a decision whether to file a dispositive motion within the next 30 days.

Upon consideration, the Court finds that the Motion should be granted to this extent. If no motions are filed, or if motions are filed but do not resolve the case, then the case will be set for a scheduling conference.

**IT IS THEREFORE ORDERED** that the Joint Motion for Scheduling Order [Doc. No. 180] is **GRANTED in part** and **DENIED in part** and the following order is issued:

Not later than October 29, 2021, the parties shall file any dispositive motions. The supporting brief for a motion for summary judgment may exceed the page limitation of LCvR7.1(e) but may not exceed 40 pages in length. The parties are encouraged to utilize only the number of pages reasonably necessary to present their arguments.

Response briefs are due within the usual time provided by LCvR7.1(g) unless otherwise ordered by the Court upon separate motion. No reply brief shall be filed without leave of Court upon a showing of good cause.

**IT IS SO ORDERED** this 1st day of October, 2021.

TIMOTHY D. DeGIUSTI
Chief United States District Judge