

11:20



# DRAW GAMES

# SCRATCHERS

# FAST PLAY

# BUILD A PLAYSLIP

# PLAYERS CLUB

# PROMOTIONS

# CLAIM A PRIZE

v3.0.14



**NEXT DRAWING:**
WEDNESDAY, DECEMBE…

# $170 MILLION

**EST. CASH VALUE: $91 MILLION**

CHECK NUMBERS




Draw Games


Scratchers


Ticket Checker


Players Club



**‹ Back**

## SELECT A GAME

 

 

 

   

Draw Games     Scratchers     Ticket Checker     Players Club

11:26 ✓

< Back

# BUILD A PLAYSLIP



♥ USE MY FAVORITES    PICK FOR ME ⚪

### Select 5 numbers below:

① ② ③ ④ ⑤ ⑥
⑦ ⑧ ⑨ ⑩ ⑪ ⑫
⑬ ⑭ ⑮ ⑯ ⑰ ⑱
⑲ ⑳ 21 22 23 24
25 26 27 28 29 30
31 32 33 34 35 36
37 38 39 40 41 42
43 44 45 46 47 48
49 50 51 52 53 54
55 56 57 58 59 60

 Draw Games   Scratchers   Ticket Checker   Players Club



# BUILD A PLAYSLIP

**USE MY FAVORITES**   PICK FOR ME

### Select 5 numbers below:

| 1 | **2** | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| **13** | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | **26** | 27 | 28 | 29 | 30 |
| 31 | 32 | 33 | 34 | 35 | 36 |
| 37 | 38 | 39 | 40 | 41 | **42** |
| 43 | **44** | 45 | 46 | 47 | 48 |
| 49 | 50 | 51 | 52 | 53 | 54 |
| 55 | 56 | 57 | 58 | 59 | 60 |

Draw Games | Scratchers | Ticket Checker | Players CLUB

11:21 ◀

**Back**

# BUILD A PLAYSLIP

49 50 51 52 53 54
55 56 57 58 59 60
61 62 63 64 65 66
67 68 69 70

Select 1 number below:

1 2 3 **4** 5 6
7 8 9 10 11 12
13 14 15 16 17 18
19 20 21 22 23 24
25

**DONE**


Draw Games


Scratchers


Ticket Checker

Players CLUB

1.   ( 2 )( 13 )( 26 )( 42 )( 44 )( **4** )

+ Add another set of numbers

**How many draws would you like?**

( **1** ) ( 2 ) ( 3 ) ( 4 ) ( 5 )

( 6 ) ( 7 ) ( 8 ) ( 9 ) ( 10 )

NEXT



**< Back**

1.  ② ⑬ ㉖ ㊷ ㊹ **④**   •••

\+ Add another set of numbers

| DRAWS | MEGAPLIER | TOTAL |

Would you like to add the multiplier?

Cost: $1.00

**YES**   **NO**

 Draw Games    Scratchers    Ticket Checker    Players CLUB



11:21 

**< Back**



1.  ② ⑬ ㉖ ㊷ ㊸ **④**   ● ● ●

## + Add another set of numbers

| DRAWS | MEGAPLIER | TOTAL | |
|---|---|---|---|
| 1 | YES | $3.00 |  |

**CREATE BARCODE**

 Draw Games     Scratchers     Ticket Checker    Players CLUB



**Back**

Please scan this code at an Oklahoma Lottery Terminal.

Amount:

$3.00



DONE

Draw Games | Scratchers | Ticket Checker | Players Club