11:22



**< Back**



## ADDING UP

TOP PRIZE: $1,000
DECEMBER 13 — DECEMBER 22, 2022
YOU HAVE 0 ENTRIES

ENTER FOR A CHANCE TO WIN $1,000!

MORE INFORMATION


Draw Games


Scratchers


Ticket Checker


Players Club





Play Plus the Money for a chance to start adding up your prizes! One person will win $1,000!



## HOW TO ENTER:

- Make sure you are logged into your Oklahoma Lottery Players Club account.
- Scan Plus the Money tickets between December 13 - December 27 using Ticket Checker on the Oklahoma Lottery app and you are entered! No limit on entries per player.



🔒 lottery.ok.gov

