11:24

**Oklahoma Lottery**
Open in the Oklahoma Lottery app
OPEN



## Get yourself into a situation that needs fixing?

Still looking for a gift for him? A Milwaukee 6-piece

AA  lottery.ok.gov  ↻



# HOW TO ENTER

- Go to the Players Club tab in the Oklahoma Lottery app and select Promotions.
- Select the **A Gift for Him** tile and click Spend Points. Each entry cost 18 points.
- Use the up arrow to increase the number of entries you would like to use. No limit on entries per player.
- Click OK to enter!

Changes can be made until you have submitted your entries but once you click OK, points can no longer be removed from that prize drawing. Points will automatically

🔒 lottery.ok.gov



Changes can be made until you have submitted your entries but once you click OK, points can no longer be removed from that prize drawing. Points will automatically be deducted from your account once entries have been submitted. Track your number of entries on your Players Club dashboard.

  

**OFFICIAL RULES**

## JOIN THE PLAYERS CLUB TO START EARNING REWARDS



🔒 lottery.ok.gov



number of entries on your Players Club dashboard.

  

**OFFICIAL RULES**

## JOIN THE PLAYERS CLUB TO START EARNING REWARDS



 

🔒 lottery.ok.gov







## WHY YOU SHOULD JOIN:

- Earn a point for every dollar spent on all Scratchers and Fast Play
- Use points and tickets to enter promotions
- Receive the latest on lottery news and new game releases
- High jackpot alerts



JOIN THE PLAYERS CLUB TO START EARNING REWARDS

 

 

   

esday, December 28th.



Log in to the Players Club through the official Oklahoma Lottery app.

**CHECK OUT OUR CURRENT PROMOTIONS!**

## HOW IT WORKS

### Registration and Account Information

- Registration and login for the Oklahoma Lottery Players Club is only available through the mobile app.
- When registering, provide only accurate contact information. Only those with accurate and complete information are able to win prizes through promotions.
- You are able to update your information or your password at any

lottery.ok.gov



- You are able to update your information or your password at any time with the settings icon on your Players Club dashboard.
- You must be a registered Players Club member and logged in to access the Favorite Numbers feature.
- You must be at least 18 years old and a legal resident of the State of Oklahoma to be a member of the Oklahoma Lottery Players Club.

## Earning Points and Points Promotions

- When you utilize the Ticket Checker scanner on Scratchers and Fast Play, you will also earn points on that ticket. You will receive one point for each dollar spent and those points will go into your bank. Once you scan a ticket for points, you will not be able to scan it again for more points.
- At this time, points are only earned on Scratchers and Fast Play and will not work on any draw game tickets.

🔒 lottery.ok.gov



- Each point you earn for your bank will only be good for one year and then it will expire if it goes unused.
- Your total available points will be on display in your dashboard. You can use these points to enter into Points promotions.
- Make sure to be logged into your Players Club account before you scan any ticket or your points will not be counted.

## Ticket Promotions

- Some promotions require that a specific ticket be scanned in for an entry. When you use the Ticket Checker to scan a ticket, it will automatically be entered into any applicable promotion that is current at that time. You must be logged into your Players Club account for entries to be accepted.
- Once a ticket has been used in a promotion, it cannot be used for another promotion.
- If you scan a ticket to check it or to earn

🔒 lottery.ok.gov

...day, December 28th.



## Ticket Promotions

- Some promotions require that a specific ticket be scanned in for an entry. When you use the Ticket Checker to scan a ticket, it will automatically be entered into any applicable promotion that is current at that time. You must be logged into your Players Club account for entries to be accepted.
- Once a ticket has been used in a promotion, it cannot be used for another promotion.
- If you scan a ticket to check it or to earn your points but there isn't a current promotion for that ticket, you can keep that ticket for future use in a ticket promotion if one becomes active.

## Alerts and Email Opt-Ins

- Through your account settings, you can specify which information you would like to receive.

lottery.ok.gov