IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

The Cherokee Nation, et al., )
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:19-cv-1198
J. Kevin Stitt )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, J. Kevin Stitt.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Garry M. Gaskins, II    2/27/2023
Signature                   Date

Garry M. Gaskins, II
Print Name

Oklahoma Office of the Attorney General
Firm

Criminal Cases Only:

☐ Retained or USA

313 NE 21st Street
Address

☐ CJA Appointment

Oklahoma City                          OK
City                State           Zip Code

☐ Federal Public Defender

405-312-2451
Telephone

☐ Pro Bono

☐ CJA Training Panel

garry.gaskins@oag.ok.gov
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on February 27, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Garry M. Gaskins, II
s/ Attorney Name