IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

The Cherokee Nation, et al., )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:19-cv-1198
J. Kevin Stitt )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, J. Kevin Stitt.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kyle Peppler         2/27/2023
Signature                Date

Kyle Peppler
Print Name

Oklahoma Office of the Attorney General
Firm

313 NE 21st Street
Address

Oklahoma City                OK
City           State         Zip Code

405-521-3921
Telephone

kyle.peppler@oag.ok.gov
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

Certificate of Service

☑ I hereby certify that on February 27, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Kyle Peppler
s/ Attorney Name