# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*,<br><br>*Plaintiffs,*<br><br>THE WICHITA AND AFFILIATED TRIBES, *et al.*,<br><br>*Intervenor-Plaintiffs,*<br><br>v.<br><br>J. KEVIN STITT, *in his official capacity as* GOVERNOR OF THE STATE OF OKLAHOMA, *Defendant/Counterclaimant.* | No: 5:19-cv-1198-D |

## MOTION TO WITHDRAW AS COUNSEL

Zach West, Director of Special Litigation, respectfully moves this Court to withdraw Bryan Cleveland as counsel for Defendant. Mr. Cleveland is no longer employed by the Oklahoma Office of the Attorney General.

Respectfully submitted,
*s/ Zach West*
ZACH WEST, OBA #30768
  *Director of Special Litigation*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:    (405) 521-3921
Zach.West@oag.ok.gov

*Counsel for Defendant*