# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WICHITA AND AFFILATED TRIBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-19-1198-D |
| ) | |
| J. KEVIN STITT, in his official capacity as ) | |
| the Governor of the State of Oklahoma, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Defendant's Motion to Withdraw as Counsel [Doc. No. 197] requesting the withdrawal of attorney Bryan Cleveland. Upon consideration, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Bryan G. Cleveland is withdrawn as counsel for Defendant, who will continue to be represented by other counsel of record.

**IT IS SO ORDERED** this 28th day of February 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge