IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WICHITA AND AFFILATED TRIBES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> J. KEVIN STITT, in his official capacity as ) <br> the Governor of the State of Oklahoma, ) <br> ) <br> Defendant. ) | Case No. CIV-19-1198-D |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Defendant's Motion to Withdraw as Counsel [Doc. No. 198] requesting the withdrawal of attorney Mithun S. Mansinghani. Upon consideration, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mithun S. Mansinghani is withdrawn as counsel for Defendant, who will continue to be represented by other counsel of record.

**IT IS SO ORDERED** this 28th day of February 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge