IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE WICHITA AND AFFILIATED TRIBES, a federally recognized Indian Tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma,<br><br>    Defendant. | No. CIV-19-1198-D |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Wichita and Affiliated Tribes (Wichita, Keechi, Waco, and Tawakoni) ("Wichita Tribe") and Defendant J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma and *ex rel.* State of Oklahoma, as the real party in interest, hereby stipulate to the dismissal of the Defendant's sole remaining counter claim against the Wichita Tribe in the above-captioned matter, pursuant to Rules 41(a)(1)(A)(ii) and 41(c), Fed. R. Civ. P., and the Order entered by the Court at Dkt. No. 193.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael D. McMahan* | */s/ Garry M. Gaskins, II* |
| HOBBS, STRAUS, DEAN & WALKER, LLP | *(Signed with permission)* |
| William R. Norman, OBA No. 14919 | Garry M. Gaskins, II, OBA No. 20212 |
| *wnorman@hobbsstraus.com* | *Solicitor General* |
| Kirke Kickingbird, OBA No. 5003 | Zach West, OBA No. 30768 |
| *kkickingbird@hobbsstraus.com* | *Director of Special Litigation* |
| Michael D. McMahan, OBA No. 17317 | Kyle Peppler, OBA No. 31681 |
| *mmcmahan@hobbsstraus.com* | *Assistant Solicitors General* |
| 100 E. California Ave., Suite 200 | Office of Attorney General State of Oklahoma |
| Oklahoma City, Oklahoma 73104 | 313 N.E. 21st Street |
| (405) 602-9425 (405) 602-9426 fax | Oklahoma City, OK 73105 |
| | (405) 521-3921 |
| *Counsel for Plaintiff* | Garry.Gaskins@oag.ok.gov |
| | Zach.West@oag.ok.gov |
| | Kyle.Peppler@oag.ok.gov |
| | |
| | *Counsel for Defendant* |