## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

WICHITA AND AFFILATED TRIBES,   )
)
      Plaintiff,   )
)
vs.   )   Case No. CIV-19-1198-D
)
J. KEVIN STITT, in his official capacity as   )
the Governor of the State of Oklahoma,   )
)
      Defendant.   )

## **FINAL JUDGMENT**

Pursuant to the Order issued February 24, 2023 [Doc. No. 193], and the Joint Stipulation of Dismissal filed March 10, 2023 [Doc. No. 201], judgment is hereby entered in favor of Defendant J. Kevin Stitt in his official capacity as Governor of the State of Oklahoma on all remaining claims asserted by Plaintiff-Intervenor Wichita and Affiliated Tribes, except its claim for damages is dismissed without prejudice. The remaining counterclaim was voluntarily dismissed pursuant to Fed. R. Civ. P. (1)(A)(c), as stated in the Joint Stipulation.

**ENTERED** this 13th day of March, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge