IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) WICHITA AND AFFILIATED TRIBES, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma,<br><br>    Defendant. | No. CIV-19-1198-D |

## NOTICE OF APPEAL

Notice is hereby given that the Wichita and Affiliated Tribes (Wichita, Keechi, Waco, and Tawakoni) ("Wichita Tribe"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered in this action on March 13, 2023, at Dkt. No. 202.

Respectfully submitted this 27th day of March, 2023.

                                              HOBBS, STRAUS, DEAN & WALKER, LLP

                                              By:  */s/ Michael D. McMahan*
                                                     William R. Norman, OBA No. 14919
                                                        *wnorman@hobbsstraus.com*
                                                     Kirke Kickingbird, OBA No. 5003
                                                        *kkickingbird@hobbsstraus.com*
                                                     Michael D. McMahan, OBA No. 17317
                                                       *mmcmahan@hobbsstraus.com*

                                                    100 E. California Ave., Suite 200
                                                    Oklahoma City, Oklahoma 73104
                                                    (405) 602-9425
                                                    (405) 602-9426 fax

ATTORNEYS FOR PLAINTIFF
WICHITA AND AFFILIATED TRIBES

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a true and correct copy of the above and foregoing with exhibits (if any) was served on counsel of record via the Court's ECF system.

/s/ *Michael D. McMahan*
Michael D. McMahan