**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____, _____.
(Plaintiff/Defendant)                    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/_____

Signature                                             Date

_____

Print Name

Criminal Cases Only:                _____

Retained or USA                    Firm

CJA Appointment                    _____

Federal Public Defender            Address

Pro Bono                           _____

City                    State            Zip Code

CJA Training Panel                 _____

Telephone

_____

Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

_____ I hereby certify that on                          , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

_____ I hereby certify that on                          , I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

ul"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
s/ Attorney Name